# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

145745 & (26)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

In re DONALD E. MASSEY REVOCABLE
TRUST DATED DECEMBER 13, 2001

SC: 145745
COA: 310619
Wayne CC: 11-011980-AV

_____/

On order of the Court, the motion to seal this Court's record is GRANTED. The Court finds that there is good cause to seal the record, consistent with the May 4, 2011 Wayne Probate Court's order to seal court records, the October 31, 2011 Wayne Circuit Court's order to seal court records, and the June 20, 2012 Court of Appeals order sealing that court's files. There is no less restrictive means to adequately and effectively protect the specific interests asserted. See MCR 7.313(A), (D), and MCR 8.119(F)(1). The application for leave to appeal the July 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

p0122